U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 18 2014

TONY R. MO___, ___RK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| AARON HOPE (#20042-076) | DOCKET NO. 14-CV-533, SEC. P |
| VERSUS | JUDGE STAGG |
| WARDEN CARVAJAL | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus filed under 28 U.S.C. §2241 be **DISMISSED FOR LACK OF JURISDICTION.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 18th day of July, 2014.

JUDGE TOM STAGG
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA